UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REX S. GUNTHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-cv-00603-ACL |
| | ) |
| T.J. CULLENS, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of self-represented Plaintiff's multiple letters to the Court seeking to open a new case against defendant T.J. Cullens. ECF Nos. 1, 1-1, & 2. Plaintiff is a civil detainee housed at the Southeast Missouri Department of Mental Health facility in Farmington, Missouri. His letters complain about conditions of confinement at that facility. The Court will construe Plaintiff's letters as a civil complaint brought under 42 U.S.C. § 1983. However, these letters are defective as a complaint initiating an action because they were not drafted on a Court-provided form. *See* E.D. Mo. Local Rule 2.06(A). Plaintiff will be directed to amend his complaint on the appropriate Court form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to Plaintiff a blank copy of the Court's 'Prisoner Civil Rights Complaint' form.

**IT IS FURTHER ORDERED** that Plaintiff shall file an amended complaint on the Court-provided form within **thirty (30) days** of the date of this Order. Plaintiff is advised that his amended complaint will take the place of his original complaint and will be the only pleading that this Court will review.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 9th day of June, 2025.

                                                      */s/ Abbie Crites-Leoni*
                                                     ABBIE CRITES-LEONI
                                                   UNITED STATES MAGISTRATE JUDGE