UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| REX GUNTHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-1378 SPM |
| | ) | |
| T. J. CULLENS, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Before the Court is Plaintiff Rex Gunther's Amended Complaint against defendant T. J. Cullens filed on October 14, 2025. [ECF No. 3]. Plaintiff, a civil detainee currently being held at Southeast Missouri Department of Mental Health Center in Farmington, Missouri, alleges that he has been mistreated by Defendant Cullens who is a nurse at the Mental Health Center. He makes these same allegations in another lawsuit filed in this Court before the Honorable Abbie Crites-Leoni. *See Gunther v. Cullens*, No. 4:25-CV-603 ACL (E.D.Mo.). Plaintiff filed the prior lawsuit on April 29, 2025, and he filed an Amended Complaint in that lawsuit on July 8, 2025. He has since filed several supplements to his Amended Complaint, with the last supplement filed on October 7, 2025.

Under Rule 42(a) of the Federal Rules of Civil Procedure, a district court has broad discretion to consolidate actions that involve a common question of law or fact. The Court may consolidate cases on its own motion when appropriate. *Bendzak v. Midland Nat'l Life Ins. Co.*, 240 F.R.D. 449, 450 (S.D. Iowa 2007) (cleaned up).

Here, both actions involve the same parties and stem from the same nucleus of operative fact—specifically, Plaintiff's assertions that he was subjected to mistreatment by Nurse Cullens at

Southeast Missouri Department of Mental Health Center. Although not all of Plaintiff's legal theories are the same, their factual underpinnings are substantially identical. Consolidation is warranted to promote judicial economy, eliminate duplicative proceedings, and avoid the risk of inconsistent rulings. Accordingly, this case will be consolidated with *Gunther v. Cullens*, No. 4:25-CV-603 ACL (E.D.Mo.), for all further proceedings. *See* E.D. Mo. L.R. 4.03 ("[T]he consolidated cases shall be reassigned to the judge presiding in the lowest-numbered case."). Plaintiff's $405 filing fee will be returned to him.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **CONSOLIDATED** with *Gunther v. Cullens*, No. 4:25-CV-603 ACL (E.D.Mo.) for all further proceedings.

**IT IS FURTHER ORDERED** that all future filings shall be made in *Gunther v. Cullens*, No. 4:25-CV-603 ACL (E.D.Mo.).

**IT IS FURTHER ORDERED** that the Clerk shall return to Plaintiff the $405 filing fee from this case.

**IT IS FURTHER ORDERED** that a copy of this Memorandum and Order shall be filed in *Gunther v. Cullens*, No. 4:25-CV-603 ACL (E.D.Mo.).

**IT IS FINALLY ORDERED** that the Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case.

Dated this 13th day of November, 2025.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE